**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JANE WALTERS, ) | |
|      Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  19-CV-01010 |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| DG RETAIL LLC, and ) | |
| IIM, INC., dba Innovations in Management", ) | |
|      Defendants. ) | |
| _____) | |

## FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff, Jane Walters, by and through her attorney, Matthew L. Bretz, and for her cause of action against the above-named Defendants states and alleges:

1. Jane Walters is an individual, resident and citizen of the State of Kansas.

2. Dollar General Corporation is Tennessee Corporation, with its principle place of business and nerve center in Tennessee, and is not a resident, citizen or domiciliary of Kansas.  Dollar General Corporation may be served with process by serving its registered agent for services of process, Corporation Service Company, 2908 Poston Avenue, Nashville, TN 37203-1312.

3. DG Retail, LLC, is a Tennessee Corporation, with its principle place of business and nerve center in Tennessee, and is not a resident, citizen or domiciliary of Kansas.  DG Retail, LLC, may be served with process by serving its registered agent for service of process, Corporation Service Company, 2908 Poston Avenue, Nashville, TN 37203-1312.

4. IIM, Inc., is an Oregon corporation, with its principle place of business and nerve center in Kentucky, and is not a resident, citizen or domiciliary of Kansas.  IIM, Inc., may be served with process by serving its registered agent for service of process, Kathy A. Whitwer, 2117 NE 18th Ave., Portland, OR 97212.

5. IIM, Inc., does business as "Innovations in Management". IIM, Inc., is a facility maintenance company.

6. There is complete diversity of citizenship and the matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

7. Venue is proper in the United States District Court for the District of Kansas as the events giving rise to this action occurred in Kansas.

8. Dollar General Corporation owns and operates a retail store on property located at 1310 East First Street in Pratt, Kansas.

9. DG Retail, LLC, owns the real estate at 1310 East First Street in Pratt, Kansas, where Dollar General Corporation operates the retail store.

10. Dollar General Corporation and DG Retail, LLC, do business as "Dollar General" and are referred to jointly throughout this Complaint as "Dollar General".

11. The Dollar General store located at 1310 East First Street in Pratt, Kansas, has a concrete sidewalk along the front of the store which for years has been cracked, broken, sloped, and has missing pieces.

12. To enter the subject Dollar General store customers must walk on and across the concrete sidewalk along the front of the store which for years has been cracked, broken, sloped, and has missing pieces.

13. In the months and years prior to June 3, 2018, at least a half dozen people tripped and/or tripped and fell while walking on and across the sidewalk along the front of the store which for years had been cracked, broken, sloped and had missing pieces.

14. In the months and years prior to June 3, 2018, Dollar General had actual knowledge of the condition of the concrete sidewalk along the front of the store.

15. In the months and years prior to June 3, 2018, Dollar General had actual knowledge that multiple people had tripped and/or tripped and fallen while walking on and across the sidewalk along the front of the store due to the cracked, broken, sloped and missing pieces of concrete.

16. Prior to June 3, 2018, Dollar General employees had asked that the sidewalk be fixed.

17. In 2017, Dollar General had net sales of over $23,000,000,000.00.

18. In 2017, Dollar General had gross profits of over $7,200,000,000.00.

19. Prior to June 3, 2018, Dollar General did not spend any of their gross profits of over $7,200,000,000.00 to repair or replace the sidewalk along the front of their Pratt, Kansas, store which had cracked, broken, sloped and missing pieces of concrete.

20. As a result of Dollar General choosing to not spend any of their gross profits of over $7,200,000,000.00 from 2017, or their profits from any of the preceding years, to repair or replace the sidewalk along the front of their Pratt, Kansas, store which had cracked, broken, sloped and missing pieces of concrete, employees and customers who went to and entered the Dollar General store in Pratt, Kansas, were exposed to the dangerous conditions which had already injured multiple people.

21. Knowing that customers had tripped and/or tripped and fallen on the sidewalk along the front of their Pratt, Kansas, store which had cracked, broken, sloped and missing pieces of concrete, Dollar General chose to not fix their sidewalk and instead recklessly disregarded the probable consequences of their actions and inactions, exposing their employees and customers who went to and entered the Dollar General store in Pratt, Kansas, to the dangerous conditions which had already injured multiple people.

22. Prior to June 3, 2018, Dollar General knew that every day thousands of customers exited the doors at their 1,400-plus stores nationwide carrying merchandise in their arms and were

      likely to be distracted or have their vision obstructed by things which they were carrying in their arms, or were likely to be distracted by reaching for keys or looking for their cars, and might not see or might forget to protect themselves from dangerous conditions on their sidewalks and parking lots.

23. Prior to June 3, 2018, knowing that customers might be distracted or have their vision obstructed and might not see or might forget to protect themselves from dangerous conditions on their sidewalks and parking lots, Dollar General did not repair or replace the sidewalk along the front of their Pratt, Kansas, store which had cracked, broken, sloped and missing pieces of concrete.

24. Dollar General knew that people could be injured or killed by tripping and falling on sidewalks with cracked, broken, sloped and missing pieces of concrete.

25. Dollar General knew that by not repairing or replacing the sidewalk in front of their Pratt, Kansas, store, employees and customers and other people going to the store would be placed at risk of injury or death.

26. Knowing that people could be injured or killed by tripping and falling on their sidewalk with cracked, broken, sloped and missing pieces of concrete, Dollar General chose to not repair or replace the subject sidewalk at any time prior to June 3, 2018.

27. Dollar General's actions and inaction were negligent, willful and wanton.

28. On June 3, 2018, Jane Walters went to the Dollar General store located at 1310 East First Street in Pratt, Kansas, to purchase flower pots.

29. As Jane Walters exited the Dollar General store she was carrying three flower pots which she had purchased.

30. As Jane Walters walked across the sidewalk, the pots which she was carrying kept her from being able to see one of the holes in the sidewalk.

31. As Jane Walters walked across the sidewalk, one of the holes in the sidewalk which was next to a raised slab of concrete caught and held her foot, causing her to fall and suffer severe, permanent and disfiguring injuries.

32. Dollar General's actions and inactions were negligent, willful, wanton and reckless in the following, and in other respects:

    a. Not inspecting the subject sidewalk

    b. Not listening or paying attention to reports of trips and/or falls by customers

    c. Not listening or paying attention to employees who requested that the sidewalk be repaired or replaced

    d. Not keeping promises to customers concerning repairs or replacement of the sidewalk

    e. Not repairing or replacing the sidewalk

    f. Not warning of the dangerous condition

    g. Not barricading the dangerous condition

    h. Not having a safe entrance to the store for customers, vendors, and other people

    i. Not maintaining the sidewalk

    j. Creating an unreasonably dangerous condition

    k. Operating the business without first making it safe for customers, vendors, and other people

    l. Neglecting the premises for years, thereby making it likely that someone would be injured

33. At times material to this Complaint, IIM, Inc., was a third-party vendor who managed maintenance requests for Dollar General.

34. IIM, Inc., was responsible for maintenance and repairs for the Dollar General store in Pratt, Kansas.

35. IIM, Inc., knew that people could be injured or killed by tripping on cracked, broken, sloped and missing pieces of concrete.

36. IIM, Inc., knew that people had actually been injured as a result of tripping on cracked, broke, sloped and missing pieces of concrete at the Dollar General store in Pratt, Kansas.

37. Knowing that people could be injured, and knowing that people had actually been injured, IIM, Inc., negligently, wilfully and wantonly did not perform necessary repairs to make the sidewalk at the Dollar General store in Pratt, Kansas, reasonably safe.

38. Knowing that people could be injured, and knowing that people had actually been injured, IIM, Inc., negligently, wilfully and wantonly did not make appropriate recommendations to Dollar General regarding necessary repairs to make the sidewalk at the Dollar General store in Pratt, Kansas, reasonably safe.

39. Knowing that people could be injured, and knowing that people had actually been injured, IIM, Inc., negligently, wilfully and wantonly did not properly code or prioritize requests to repair the sidewalk at the Dollar General store in Pratt, Kansas, reasonably safe.

40. Defendants' actions and inactions were outrageous and reckless, with a complete indifference to or conscious disregard for the safety of others.

41. Defendants' actions and inactions warrant a claim for punitive damages against each of the defendants.

42. As a result of Defendants' negligent, willful, wanton and reckless actions and inactions, Jane Walters has suffered and will suffer in the future permanent, severe and disfiguring injuries, loss of time, physical pain, suffering, disability, disfigurement, mental and emotional stress, and other consequential damages.

WHEREFORE, Plaintiff prays for judgment against each of the above-named Defendants in an amount in excess of $75,000.00 for her injuries and damages as described herein, for punitive

damages against each of the Defendants including punitive damages sufficient to punish a company which makes a gross annual income of more than $7,200,000,000.00, plus costs, and for such other and further relief as the Court deems just and equitable.

>Respectfully submitted,
>
>BRETZ & YOUNG, L.L.C.
>
>By:   s/ Matthew L. Bretz
>      Matthew L. Bretz
>      3 Compound Drive
>      P.O. Box 1782
>      Hutchinson, KS 67504-1782
>      Telephone No.: (620) 662-3435
>      Fax No.: (620) 662-3445
>      matt@byinjurylaw.com
>      Attorney for Plaintiff

### REQUEST FOR JURY TRIAL

COME NOW the Plaintiffs, pursuant to applicable law, and respectfully make demand for trial by jury of all issues herein joined.

>/s Matthew L. Bretz
>matt@byinjurylaw.com
>Attorney for Plaintiff

### DESIGNATION OF PLACE OF TRIAL

Plaintiffs hereby designate Wichita, Kansas, as the place of trial in this matter.

>/s Matthew L. Bretz
>matt@byinjurylaw.com
>Attorney for Plaintiff